| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | CR 04-00030-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 2:06-CR-0063 LKK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| TOVES, Jr., Inocencio Manglona | Guam | |
| Rancho Cordova, CA 95741 | NAME OF SENTENCING JUDGE | |
| | Robert Clive Jones, Designated Judge | |
| | DATES OF SUPERVISED | FROM: December 23, 2005 — TO: December 22, 2008 |

**OFFENSE**

THEFT OF GOVERNMENT PROPERTY, 18 U.S.C. §§ 641

FILED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    N/A    DISTRICT OF    GUAM

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

RECEIVED
JAN 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

1/12/2006 Date

DONALD W. MOLLOY, Designated Judge
United States District Judge

FILED
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR    Eastern    DISTRICT OF    California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: Marianne Matherly
Acting Clerk
Clerk, U.S. District Court
Eastern District of California
By: Carles, Deputy Clerk
Dated 9-13-06

2/21/06 Effective Date

United States District Judge

ORIGINAL